UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BARRETT C. SWAN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 1:21-cv-00142-SNLJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**CASE MANAGEMENT ORDER - TRACK 4: §2255 MOTION TO VACATE**

Pursuant to the Local Rules and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that the following provisions apply in this case, and will be modified only upon a showing of exceptional circumstances:

This case has been assigned to Track 4 (Administrative).

Respondent must show cause, in writing and within forty-five (45) days of the date of this order, why the relief requested in the instant motion to vacate should not be granted.

Dated this 28th day of September, 2021.

STEPHEN N. LIMBAUGH JR.
SENIOR UNITED STATES DISTRICT JUDGE