UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BARRETT C. SWAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 1:21CV00142 SNLJ |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant United States Attorney for said District, and for the Government's Motion for extension of time to respond, states as follows:

1. On September 27, 2021, the Petitioner filed a motion pursuant to Title 28, United States Code, Section 2255.

2. Under the Court's Case Management Order of September 28, 2021, the Government's response is due by November 12, 2021.

3. Counsel has diligently attempted to complete the Government's response in this case, but due to counsel's current caseload, additional time is needed.

4. The undersigned is lead counsel for *United States v. Zerak Brown*, a case that will be tried before a jury starting November 15, 2021, and the preparation for that case has been extensive.

5. The Government respectfully requests an extension of thirty days, until December 12, 2021, to file its response.

1

Wherefore, the Government requests an additional thirty days, to and including December 12, 2021, to respond to Petitioner's Motion under Section 2255.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY


/s/ Keith D. Sorrell
KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, a copy of the foregoing was mailed to the Petitioner at the address below by placing a copy with postage prepaid in the United States Mail at Cape Girardeau, Missouri.

Barrett C. Swan, 32540-044
USP Marion
P.O. Box 1000
Marion, IL 62959

/s/ Keith D. Sorrell
KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY
