RECEIVED

APR 18 2022

BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

BARRETT C. SWAN,                    )
                                    )
            Defendant,              )        No. 1:21-CV-0142-SNLJ
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff.              )

## MOTION FOR LEAVE TO FILE A REPLY
## TO GOVERNMENT RESPONSE

**COMES NOW,** BARRETT C. SWAN, proceeding in *pro se*, motioning this Court
to extend the time allotted to reply to the Response to Order to Show Case filed by
the government [Doc. 10] regarding my Motion to Vacate, Set Aside or Correct a
Sentence [Doc. 1]. In support of this motion, I submit the following:

I filed  my Motion to Vacate, Set Aside or Correct a Sentence Pursuant to 28
U.S.C. §2255 on September 27, 2021. *Id.* The government was given a due date to
respond to that motion of November 12, 2021 under this Court's Case Management
Order (CMO) of September 28, 2021. Doc. 2.

The government then filed for extensions of time a total of four times, and
each in turn were granted. Docs. 3 – 11. The government, at least, filed their
response  on March 21, 2022. That document was delivered to me on March 25,
2021 at the prison I am incarcerated within: U.S. Penitentiary, Marion.

The CMO filed by this Court on September 28, 2021 [Doc. 2] specified a 45-day time frame for which the government was required to reply. However, this CMO did not contain any order defining a time frame for which I was able to file a reply to the government's response.

The Local Rules of the Eastern District of Missouri defers specification of deadlines for Track 4, Administrative cases to the Court's CMO. See Local Rule 5.01. Under the Rules Governing Section 22555 Proceedings for the United States District Court, Rule 5(d) assigns responsibility of defining a deadline to file a reply to response to the Court: "(d) **Reply.** The moving party may submit a reply to the respondent's answer or other pleading within a time fixed by the judge." *Id.*

I do not assume that I will have a similar 45-day deadline to file a reply brief, nor do I assume that this Court gives me leave to file such a brief at all. Because no such allowance was made in the CMO, I ask that this Court grant me leave to reply, and for ample time to do so. I request the deadline for which to file that reply be made (and/or extended if I have somehow missed where that deadline was defined) on or before **June 1, 2022**.

Signed this 8 day of April, 2022.

BARRETT C. SWAN #32540-044
  Marion USP
  United States Penitentiary
  P.O. Box 1000
  Marion, Illinois 62959
  Defendant/Petitioner in *Pro Se*

2

## CERTIFICATE OF SERVICE

With my signature above, I attest that I have sent a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT RESPONSE** to the Clerk of the U.S. District Court and to the representative of the government by placing them in the inmate mail system on the signature date reflected above.

Service was made via U.S. Postal Mail using the addresses below:

| | |
|---|---|
| **Jonathan A. Clow** | **Clerk of the U.S. District Court** |
| Office of the U.S. Attorney | Eastern District of Missouri – STL |
| 111 S. 10th Street | 111 South 10th Street |
| 20th Floor | Suite 3.300 |
| St. Louis, MO 63102 | St. Louis, MO 63102 |

3

Barrett Swan #32540-044
USP Marion
U.S. PENITENTIARY
P.O. BOX 1000
MARION, IL 62959



U.S. POSTAGE
$1.36
FCM LG ENV
68128 0023
Date of sale
04/11/22
06        25
11487973

USPS FIRST-CLASS MAIL®

1.20 oz

0023

SHIP
TO:

SAINT LOUIS MO 63102

(420) 63102

RECEIVED

APR 1 8 2022

BY MAIL

Clerk of the U.S. District Court
Eastern District of Missouri – STL
111 South 10th Street
Suite 3.300
St. Louis, MO 63102